**IN RE: Enrique MARTINEZ and Specialty Locomotive Services, Inc., Relators**

**NO. 14-17-00396-CV**

Court of Appeals of Texas, Houston (14th Dist.).

Opinion filed August 17, 2017

R. Brent Cooper, Dallas, Roland Gene Hamilton, Andrew J. Sarne, Houston, Chris C. Pappas, Diana L. Faust, Dallas, for Relator.

Lawrence P. Wilson, Houston, Thomas Lee Bartlett, Gregory J. Alexander, for Real party in interest.

Panel consists of Justices Boyce, Donovan, and Jewell.

## OPINION

PER CURIAM

On May 19, 2017, Relators Enrique Martinez and Specialty Locomotive Services, Inc. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. We previously abated this proceeding.

On August 14, 2017, Relators filed an unopposed motion to dismiss their petition for writ of mandamus because all claims against Relators in the underlying suit have been settled.

We conclude that Relators' motion should be granted. We therefore GRANT the motion, lift the abatement, and dismiss Relators' petition for writ of mandamus.